IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID L. DANIELS                                                                    PLAINTIFF

          v.                              Civil No. 07- 5019

BRADLEY L. KARREN;
JUDGE DAVID CLINGER;
KIP WHITTEMORE;
CLAY FOWLKES; NICOLE
BAKER; and the BENTON
COUNTY PROSECUTING
ATTORNEY'S OFFICE                                                            DEFENDANTS

## ORDER

David L. Daniels, currently an inmate of the Benton County Detention Center, has

submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the

complaint should be provisionally filed prior to a determination regarding plaintiff's status as a

pauper and service of process. The United States District Clerk is directed to file the complaint and

application to proceed *in forma pauperis* (IFP).

IT IS SO ORDERED this **24** day of January 2007.

_____
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

-1-

JAN 26 2007

CHRIS R. JOHNSON, CLERK

BY _____
              DEPUTY CLERK

AO72A
(Rev. 8/82)

Dockets.Justia.com