```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

DAVID L. DANIELS                                              PLAINTIFF

       v.              Civil No. 07-5019

BRADLEY L. KARREN, et al.                                    DEFENDANTS

### ORDER

    NOW on this 2nd day of May 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #7, filed on March 8, 2007), and plaintiff's **Objection to Report and Recommendation of the Magistrate Judge** (document #8, filed March 27, 2007).  The Court, being well and sufficiently advised, finds and orders as follows:

    1.  That plaintiff's objections raise nothing either in law or fact which would require the Court to not accept the findings and recommendations contained in the said Report and Recommendation.  Accordingly, those objections are overruled and the said Report and Recommendation will be approved and adopted *in toto*.

    2.  It follows from the foregoing, that plaintiff is not eligible to proceed *in forma pauperis* because of the provisions of 28 U.S.C. § 1915(g).  However, since plaintiff has already filed this action, he remains liable for the $350.00 filing fee.  **In re Tyler 110 F.3d 528 (8th Cir. 1997).**  Accordingly, plaintiff will be ordered to pay to the clerk of court the filing fee of $350.00.

**IT IS THEREFORE ORDERED** that, for the reasons set forth herein, plaintiff's objections to the said **Report and Recommendation of the Magistrate Judge** are **overruled** and the said Report and Recommendation is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, pursuant to **28 U.S.C. § 1915(g)**, plaintiff's *in forma pauperis* application (document #2) is hereby **denied** and plaintiff is directed to pay to the clerk of court the $350.00 filing fee associated with the filing of his complaint.

**IT IS FURTHER ORDERED** that, pursuant to the said Report and Recommendation, plaintiff's complaint is dismissed on the grounds that the claims stated therein are frivolous, fail to state a claim upon which relief can be granted, and seek relief against defendants who are immune from suit.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**