IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID L. DANIELS

                                     PLAINTIFF

       v.               Civil No. 07-5019

BRADLEY L. KARREN, et al.

                                  DEFENDANTS

## O R D E R

Now on this 10th day of July 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #16, filed June 13, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, pursuant to 28 U.S.C. § 1915(a)(3), plaintiff's Motion for Leave to Appeal In Forma Pauperis (document #11) is hereby **DENIED** and plaintiff is directed to pay the $455.00 filing fee pursuant to the terms of the Prison Litigation Act.

**IT IS SO ORDERED.**

                                  **/s/ Jimm Larry Hendren**
                                  **JIMM LARRY HENDREN**
                                  **UNITED STATES DISTRICT JUDGE**